Original

Entered 3/30/22 @ 12:35 pm /s/

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 4:19-cr-40025-TSH |
| KEVIN JEAN | |
| Defendant. | |

### VERDICT FORM FOR DEFENDANT KEVIN JEAN

1. As to COUNT ONE of the Indictment, charging the defendant KEVIN JEAN with conspiracy to distribute and possess with intent to distribute cocaine, we the jury, find the Defendant, KEVIN JEAN:

    ___ NOT GUILTY        _✓_ GUILTY

    If your verdict is NOT GUILTY, please STOP here, and sign and date the verdict slip.
    If your verdict is GUILTY, please proceed to Question 2.

2. Did the conspiracy described in COUNT ONE involve 500 grams or more of a mixture and substance containing a detectable amount of cocaine?

    ___ NO        _✓_ YES

The foregoing represents the unanimous decision of the jury for KEVIN JEAN.

3/30/2022        Kristina Perry
Date                Foreperson