UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) | |
| v. | ) ) | Docket No. 4:19-CR-40025-TSH |
| KEVIN JEAN | ) ) ) | |

## *PRO SE* DEFENDANT KEVIN JEAN'S RULE 29 MOTION
## FOR JUDGMENT OF ACQUITTAL

 Undersigned standby counsel hereby moves, on behalf of *pro se* defendant Kevin Jean, that this Honorable Court enter a judgment of acquittal on the above-numbered indictment pursuant to Fed. R. Crim. P. 29.

 As grounds therefor, Mr. Jean states that the evidence as presented by the government at trial is insufficient, as a matter of both fact and law, to sustain a conviction on the charges against the defendant.

                Respectfully submitted,

                  /s/ Rachel Stroup
                Rachel Stroup (BBO #667410)
                Zalkind Duncan & Bernstein LLP
                65a Atlantic Avenue
                Boston, MA 02110
                (617) 742-6020
                rstroup@zalkindlaw.com

April 6, 2022

## CERTIFICATE OF SERVICE

 I, Rachel Stroup, hereby certify that a true copy of the foregoing motion was filed through the ECF system and served on the attorney of record for each party on this date.

                  **/s/ Rachel Stroup**
                Rachel Stroup